UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DAN P. RESTELLI AND**<br>**DONNA C. NOVAK,**<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL ASSOCIATION OF**<br>**FINANCIAL ESTATE PLANNING, INC.,**<br>**ASSET EXCHANGE STRATEGIES,**<br>**L.L.C., SCOTT JANKO, DAN CORDOBA**<br>**AND JEREMY FARVER**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. A-1:14-CV-00445-LY |

**ASSET EXCHANGE STRATEGIES, L.L.C.'S**
**DISCLOSURE OF CORPORATION INTERESTS STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Asset Exchange Strategies, L.L.C., by and through its undersigned counsel, submits this Disclosure of Corporation Interests Statement.

1. Asset Exchange Strategies, L.L.C. is a for profit limited liability corporation

1. The parent companies of the corporation:

   N/A

2. Subsidiaries not wholly owned by the corporation:

   N/A

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   N/A

Dated:  June 23, 2013	Respectfully submitted,

By: _____
Henry J. Novak
State Bar No. 15120000
11782 Jollyville Road, Ste 210
Austin, Texas  78759
Telephone: (512) 765-5450
Fax: (512) 532-6008
Email: henry@henrynovak.com

**ATTORNEY FOR DEFENDANT
ASSET EXCHANGE STRATEGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) this 23rd day of June, 2014.

Charles A. Moster
THE MOSTER LAW FIRM
4920 S. Loop 289, Suite 102
Lubbock, TX 79414
Email: charles@themosterlawfirm.com
*Counsel for Plaintiffs*
*Dan P. Restelli and Donna C. Novak*

_____
Henry J. Novak